

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-20-00489-CV

**IN THE INTEREST OF Z.F.S.**, a Child

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2019PA01446
Honorable Charles E. Montemayor, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE CHAPA, AND JUSTICE WATKINS

In accordance with this court's opinion of this date, the trial court's order of termination is AFFIRMED. It is ORDERED that no costs be assessed against appellant in relation to this appeal because appellant qualifies as indigent under Texas Rule of Appellate Procedure 20.

SIGNED February 17, 2021.

_____
Beth Watkins, Justice